UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

2002 FEB 26  P 12: 15

February 25, 2002

_____DEPUTY

MEMORANDUM TO MR. MALLON

      Re:    Bobo Sow v. Ryder Integrated Logistics, Inc.
               Civil #L-01-3794

Dear Mr. Mallon:

    The court file reflects that a summons was issued on December 7, 2001 for defendant Ryder Integrated Logistics, Inc., but there is no indication that the defendant has been served. Accordingly, you are directed to advise the Court, in writing, on or before March 8, 2002, as to the date when service was effected. If the defendant is unserved, describe your efforts, both past and present, for effecting service.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                Very truly yours,

                                Benson Everett Legg

c:    Court File