```
                               ___ FILED     ___ ENTERED
                               ___ LODGED    ___ RECEIVED

                               SEP  3 2002

        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND   CLERK U.S. DISTRICT COURT
                                          DISTRICT OF MARYLAND
                                                          DEPUTY
```

| | | |
|---|---|---|
| BOBO SOW | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: L01CV-3794 |
| RYDER INTEGRATED LOGISTICS, Inc. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This matter comes before the Court upon consideration of Stipulation to Voluntarily Dismiss under Rule 41(a) of the Federal Rules of Civil Procedure.

Upon consideration of said motion, and the record in this case, it is this 3RD day of September ~~August~~ 2002,

ORDERED, that Stipulation to Voluntarily Dismiss is hereby GRANTED; and it is

FURTHER ORDERED, that the above-captioned civil action is hereby dismissed.

_____
The Honorable Benson E. Legg

Copies to:

Paul J. Kennedy, Esquire
Littler Mendelson
1225 I Street, N.W.
Suite 1000
Washington, D.C. 20005-3914